**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE: 3M ADMINISTRATIVE DOCKET

This Document Relates To:
*Christopher Maher v. 3M Company, et al.*

Admin Docket No. 8:20-cv-48067-MCR-GRJ

Case No. 3:19-mc-87

JUDGE M. CASEY RODGERS
MAGISTRATE JUDGE GARY R. JONES

| REQUEST FOR DISMISSAL FROM ADMINISTRATIVE DOCKET |  |
|---|---|
| **I.     PLAINTIFF INFORMATION** ||
| **MDL Centrality Plaintiff ID:  203553** ||
| **Name:  Christopher Maher** ||
| 1. Are there any unresolved representation issues pending before the Court in the plaintiff's administrative case? | No |
| 2. Are there any disputes involving initial census submissions pending before the Court in the plaintiff's administrative case? | No |
| **II.     EFFECT OF REQUEST FOR DISMISSAL** ||
| A. If there are *no* unresolved representation issues or disputes involving initial census submissions pending before the Court in the plaintiff's administrative case at the time this Request for Dismissal is docketed, then the Request for Dismissal will be construed as a notice of voluntary dismissal and the plaintiff's administrative case will be automatically dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), without a court order.<br><br>B. If there *is* an unresolved representation issue, the attorney of record must follow the process for withdrawal of counsel set forth in Pretrial Order No. 22, ECF No. 898 at 8.<br><br>C. If there *is* a dispute about the sufficiency of the administrative plaintiff's initial census submissions and that dispute is not resolved through the deficiency processes already in place, the parties must proceed with motions practice in accordance with Pretrial Order No. 22, ECF No. 898 at 7. If the Court finds the administrative plaintiff's initial census submissions sufficient, that plaintiff's case must be either transitioned to the 3M MDL docket, 3:19md2885, or voluntarily dismissed, within **60 days** thereafter. To the extent the Court finds the administrative plaintiff's submissions deficient, that plaintiff will be granted a short time period within which to cure the deficiency. Absent a showing of good cause, failure to provide nondeficient initial census materials within the applicable deadlines will be grounds for dismissal with prejudice. ||

Dated: February 24, 2022

          Respectfully submitted,
          */s/ Ashlea G. Schwarz*
          Ashlea G. Schwarz   Mo. Bar 60102
          **PAUL LLP**
          601 Walnut Street, Suite 300
          Kansas City, Missouri 64106
          (816) 984-8100
          Ashlea@PaulLLP.com